UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| WALTER N. GUITY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>STATE OF HAWAII, KEITH M. KANESHIRO, KAREN S.S. AHN, REGINALD P. MINN,<br><br>　　　　　Defendants. | CIV. NO. 21-00055 LEK-KJM |

## ORDER REFERRING CASE TO THE CIVIL PRO BONO PANEL

　　　　On January 21, 2021, pro se Plaintiff Walter N. Guity ("Plaintiff") filed his Complaint for Violation of Civil Rights ("Complaint"). [Dkt. no. 1.] On April 9, 2021, Defendants State of Hawai`i and Karen S.S. Ahn filed their motion to dismiss the Complaint. [Dkt. no. 15.] On April 29, 2021, Defendant Keith M. Kaneshiro filed his motion to dismiss the Complaint. [Dkt. no. 21.] On May 10, 2021, Defendant Reginald P. Minn filed his motion to dismiss the Complaint. [Dkt. no. 26.] Having determined that Plaintiff's case is suitable for pro bono representation, the Court hereby refers this case to the Civil Pro Bono Panel, pursuant to Rule 3(A) of the Rules for Civil Pro Bono Panel for the United States District Court for the District of Hawai`i. The appointment will be for the limited purposes of: 1) preparing Plaintiff's

memoranda in opposition to the motions to dismiss; 2) presenting Plaintiff's positions at any hearing on the motions to dismiss; 3) preparing any motion for reconsideration or response to any motion for reconsideration of any ruling related to the motions to dismiss; 4) preparing Plaintiff's amended complaint, if one is necessary after the final ruling on the motions to dismiss; 5) settlement negotiations or conferences that may occur while items 1-4 are pending; and 6) any discovery or work necessary to complete items 1-5.  The representation would also include any other Fed. R. Civ. P. 12 motion that is filed while items 1-4 above are pending.

All briefing deadlines that have not already passed are HEREBY VACATED.  After an order appointing pro bono counsel has been filed, this Court will issue briefing deadlines as necessary.  If this Court determines that appointing pro bono counsel is not possible, this Court will issue briefing deadlines as appropriate.  In other words, Plaintiff is not required to file any additional briefing until he is expressly ordered to do so.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, May 18, 2021.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**WALTER N. GUITY VS. STATE OF HAWAII, ET AL.; CV 21-00055 LEK-KJM; ORDER REFERRING CASE TO THE CIVIL PRO BONO PANEL**